PIERSON & PIERSON
ATTORNEYS AT LAW
SUITE 1420, ONE CALVERT PLAZA
201 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202
—
(410) 727-7733
TELECOPIER (410) 625-0253

W. MICHEL PIERSON
ROBERT L. PIERSON
———
CHERYL DEMMA HALE

LEON H. A. PIERSON (1901-1981)
EDWARD PIERSON (1906-1990)

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2003 JAN 30 A 11:06 CLERK'S OFFICE AT BALTIMORE DEPUTY*

January 27, 2003

Hand Delivered

Honorable J. Frederick Motz
United States District Judge
United States District Court for
  the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Room 510
Baltimore, MD 21201

      Re: Moore v. Simmons
         Civil No. JFM-02-4071

Dear Judge Motz:

    Plaintiff's response to defendant's motion to dismiss or for summary judgment is due on January 27, 2003. I respectfully request an extension of plaintiff's time to respond to and including February 3, 2003. Mr. Murray has authorized me to state that he does not oppose the requested extension.

    I appreciate the court's consideration of this request.

                              Very truly yours,

                              W. Michel Pierson

WMP:cnh
cc: Andrew J. Murray, Esquire