**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| DELBERT THOMAS MOORE, JR. | * |
| Plaintiff | * |
| v. | *   Case No. JFM 02-CV4071 |
| RICHARD ALAN SIMMONS | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*

**MOTION TO REVISE SCHEDULING ORDER**

The parties, through their undersigned counsel, respectfully move this Honorable Court to revise the current scheduling order as indicated below, and as reasons therefore states:

1. The current scheduling order contained a discovery deadline of January 31, 2003 and a dispositive motions deadline of February 24, 2003.

2. Due to difficulty in schedules and inclement weather, depositions have been difficult to schedule. All written discovery has been completed and the only remaining discovery to conduct is the depositions of the parties, which can be accomplished by the end of March, 2003. The deposition of the plaintiff is currently scheduled for March 18, 2003.

3. Both parties consent to this requested extension and the parties seek to amend the scheduling order by only one and one half months as follows:

    a. Discovery Deadline - March 31, 2003

b. Request for Admissions Deadline - April 10, 2003

c. Dispositive Motions Deadline - April 17, 2003

WHEREFORE, for the reasons stated herein, the parties respectfully request that this Honorable Court revise the scheduling order as outlined herein.

Respectfully submitted,

_____
W. Michel Pierson, Esquire
201 E. Baltimore Street, Suite 1420
Baltimore, Maryland 21202
*Attorney for Plaintiff*
(410) 727-7733


_____
Andrew J. Murray
Senior Associate County Attorney
Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888