#### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELBERT THOMAS MOORE, JR. | * | |
| Plaintiff | * | |
| v. | * | Case No. JFM 02-CV4071 |
| RICHARD ALAN SIMMONS | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

### MOTION FOR SUMMARY JUDGMENT

The defendant, Police Officer Richard Simmons (ret.), by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to enter summary judgment in his favor, and as reasons therefore states:

1. There is no genuine dispute of material facts and the defendant is entitled to judgment as a matter of law.

Respectfully submitted,

_____
Andrew J. Murray
Senior Associate County Attorney
Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 31st day of March, 2003, a copy of the foregoing motion for summary judgment and memorandum in support thereof was sent first class mail postage pre-paid to:

W. Michel Pierson, Esquire
201 E. Baltimore Street, Suite 1420
Baltimore, Maryland 21202
(410) 727-7733
*Attorney for Plaintiff*

                                        Andrew J. Murray