IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DELBERT THOMAS MOORE, JR. | * | |
| Plaintiff | * | |
| v. | * | Case No. JFM 02-CV4071 |
| RICHARD ALAN SIMMONS | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1-4, which are attachments to defendant Richard Simmons' memorandum of law in support of his motion for summary judgment, exist only in paper format and, if scanned, individually and collectively will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I Certify that within 24 hours of filing this Notice, I will file and serve paper copies of the documents identified above.

March 31, 2003

Respectfully submitted,

_____
Andrew J. Murray Bar No. 10511
Senior Associate County Attorney
Office of Law
2660 Riva Road, 4th Floor
Annapolis, Maryland 21401
(410) 222-7888

Case 1:02-cv-04071-JFM    Document 15-3    Filed 03/31/2003    Page 2 of 2