IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DELBERT THOMAS MOORE, JR.          :

    Plaintiff                                  :

v.                                                      :        Civil No. JFM-02-4071

RICHARD ALAN SIMMONS             :

    Defendant                              :

### FIRST AMENDED COMPLAINT

Delbert T. Moore, through his undersigned attorneys, sues Richard Alan Simmons, and for amended complaint, states:

1. Plaintiff is a resident of Anne Arundel County, Maryland and a citizen of the state Maryland.

2. At all times relevant hereto, defendant, Richard Alan Simmons, was employed as a police officer by the Anne Arundel County Police Department. At all times relevant hereto, defendant was acting under the color of the laws of the State of Maryland.

3. On or about July 22, 1999, plaintiff was a patron at the Cancun Cantina, a club in Glen Burnie, Maryland. Plaintiff left the club at approximately 1:45 a.m with a friend, Kevin Donnells.

4. After exiting the club, plaintiff and Donnells stopped outside to speak to some friends. Parked outside the front door of the club, near where plaintiff was standing, was an Anne Arundel County Police Department patrol car. Two uniformed Anne Arundel County police officers (neither of whom was defendant) were standing approximately ten to fifteen feet away from the car, carrying on a conversation.

5. While speaking to his friends and watching the exit of the club to see who was leaving, plaintiff glanced into the patrol car. He noticed that the keys had been left in the ignition, a fact

which he found remarkable.

6. Plaintiff and Donnells looked into the car, as they were curious about its contents. As they were doing so, defendant, also in uniform, approached them and shouted at them to get away from the car. Defendant was agitated and choleric.

7. Plaintiff and Donnells began to walk away from the car, as instructed by defendant. Defendant followed them into the parking lot of the club, shouting at them and accusing them of attempting to break into the patrol car.

8. Plaintiff calmly informed defendant that he and Donnelly were not attempting to break into the patrol car. Upon hearing these words, defendant grabbed plaintiff, pushed him toward the patrol car, bent him over the hood and handcuffed him and then placed him in the patrol car. At no time did plaintiff offer any resistance to defendant.

9. Donnells continued to walk to his car without hindrance by any of the police officers on the scene, and left the club and drove away.

10. Plaintiff was transported to the police station where he was charged by defendant with "tampering with a motor vehicle." Plaintiff was later released on his own recognizance.

11. Defendant immediately advised plaintiff's employer of the arrest, resulting in a reprimand of plaintiff by his employer.

12. On November 8, 1999, the criminal proceedings were terminated in favor of plaintiff after a trial in the District Court for Anne Arundel County.

13. The actions of defendant aforesaid were done to deprive plaintiff of his right to due process and to freedom from prosecution and arrest except on probable cause as secured to him by the Fourth and Fourteenth Amendments of the Constitution of the United States.

14. Defendant acted under pretense and color of law in his official capacity, but the acts of

defendant were beyond his jurisdiction and without authorization of law and in abuse of his powers. Defendant acted willfully, knowingly and with specific intent to deprive plaintiff of his right to due process and to freedom from prosecution and arrest except on probable cause.

15. Defendant knew that plaintiff was not guilty of the crime in which he was charged, and had no basis to charge plaintiff with the crime. Defendant knew that plaintiff never touched the patrol car.

16. Defendant's actions were spiteful, in bad faith and malicious.

WHEREFORE, plaintiff seeks $25,000.00 compensatory and punitive damages, costs of this action and attorney's fees.

                                        _____/s/_____
                                        W. Michel Pierson

                                        _____/s/_____
                                        Cheryl D. Hale
                                        Suite 1420
                                        201 E. Baltimore Street
                                        Baltimore, Maryland 21202
                                        (410) 727-7733
                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of April, 2003, a copy of this First Amended Complaint was mailed to Andrew J. Murray, Esquire, Senior Assistant County Attorney, Office of Law, 2660 Riva Road, 4th Floor, P.O. Box 6675, Annapolis, Maryland 21401, Attorney for Defendant.

                                        _____/s/_____
                                        W. Michel Pierson