**PIERSON & PIERSON**
ATTORNEYS AT LAW
SUITE 1420, ONE CALVERT PLAZA
201 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202

(410) 727-7733
TELECOPIER (410) 625-0253

W. MICHEL PIERSON
ROBERT L. PIERSON
———
CHERYL DEMMA HALE

LEON H. A. PIERSON (1901-1981)
EDWARD PIERSON (1906-1990)

April 16, 2003

Honorable J. Frederick Motz
United States District Judge
United States District Court for
 the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Room 510
Baltimore, MD 21201

      Re: Moore v. Simmons
          Civil No. JFM-02-4071

Dear Judge Motz:

    Plaintiff's response to defendant's Motion for Summary Judgment is due on Thursday, April 17, 2003. I respectfully request an extension to and including Monday, April 21, 2003. The request is occasioned by a delay in obtaining certain materials to support plaintiff's opposition. Mr. Murray authorizes me to state that he does not object to this request. I appreciate the court's consideration.

                              Very truly yours,

                              W. Michel Pierson

WMP:db
cc: Andrew J. Murray, Esquire