IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DELBERT THOMAS MOORE, JR.  :

    Plaintiff  :

v.

:    Civil No. JFM-02-4071

RICHARD ALAN SIMMONS

:

    Defendant

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibit 1-5, which are attachments to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, exist only in paper format and, if scanned, individually and collectively will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing this Notice, I will file and serve paper copies of the documents identified above.

_____/s/_____
W. Michel Pierson
201 E. Baltimore Street
Suite 1420
Baltimore, Maryland 21202
(410) 727-7733

Attorney for Plaintiff