**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 8, 2003

Memo To Counsel Re: Delbert Thomas Moore, Jr. v. Richard Alan Simmons
Civil No. JFM-02-4071

Dear Counsel:

A hearing on the pending motion for summary judgment will be held at 10:00 a.m. on May 27, 2003 in courtroom 5A.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge