## PIERSON & PIERSON
ATTORNEYS AT LAW
SUITE 1420, ONE CALVERT PLAZA
201 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202

W. MICHEL PIERSON
ROBERT L. PIERSON
─────────
CHERYL DEMMA HALE

(410) 727-7733
TELECOPIER (410) 625-0253

LEON H.A. PIERSON (1901-1981)
EDWARD PIERSON (1906-1990)

July 14, 2003

Honorable J. Frederick Motz
United States District Judge
United States District Court for
  the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Room 510
Baltimore, MD 21201

    Re: Moore v. Simmons
        Civil No. JFM-02-4071

Dear Judge Motz:

    I am pleased to report to the court that the parties have reached an agreement for a compromise resolution of this action. We are currently engaged in effectuating that resolution, which should be concluded within two weeks. We appreciate the court's attention to the matter.

        Very truly yours,

        /s/

        W. Michel Pierson

WMP:hs
cc: Andrew J. Murray, Esquire